IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ALBERT G. THOMAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. CV696-053 |
| NELSON BRINSON, Warden; ROBERT YAWN; and PRISON HEALTH SERVICES; | ) ) ) ) | |
| Defendants. | ) ) | |

## O R D E R

Before the Court is Plaintiff Albert G. Thomas's Motion for Relief Judgment or Order and Contempt. (Doc. 50). After a review of Plaintiff's motion and the record in this case, the Court can discern no grounds for relief. Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this 16th day of March 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office

3/16/2015

Deputy Clerk